1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DANASIRI RATNAWEERA,                )   Case No. CV 08-3926 JST(JC)
                    Petitioner,     )
                                    )   (PROPOSED)
            v.                      )   JUDGMENT
                                    )
ATTORNEY GENERAL, et al.,           )
                    Respondents.    )
                                    )

_____

        Pursuant to this Court's Order Accepting Findings, Conclusions and
Recommendations of United States Magistrate Judge,

        IT IS ADJUDGED that the Petition and this action are dismissed without
prejudice.

DATED:    12.05.11


                                    _____
                                    HONORABLE JOSEPHINE STATON TUCKER
                                    UNITED STATES DISTRICT JUDGE